ORDER:
Motion granted.
Complaint is dismissed
without prejudice.

John Bryant,
USMJ

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 10-4113-JSB |
| v. | ) | Judge Bryant |
| | ) | |
| TRACY LEE LANGFORD | ) | |
| DANIEL LEE KEITH HILL | ) | |

## MOTION TO DISMISS COMPLAINT

The United States of America moves the Court to dismiss, without prejudice, the complaint pending against the two above named defendants. Mr. Langford is presently detained on this complaint, but another criminal complaint charging him with a different bank robbery has been filed in case number 11-1001-JG. Mr. Hill is free on an OR bond.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

By: *s/ William L. Deneke*
William L. Deneke
Assistant United States Attorney
A-961 U.S. Courthouse
Nashville, Tennessee 37203
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent via the Court's electronic filing system to C. Douglas Thoresen, Attorney for Tracy Langford, and to Kerry Haymaker, Attorney for Mr. Hill, this 4th day of January, 2011.

*/s/ William L. Deneke*
William L. Deneke
Assistant United States Attorney